ACCEPTED
03-14-00334-CR
6981339
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 4:44:43 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00334-CR

| | | |
|---|---|---|
| TERAN PENNICK | § | IN THE THIRD |
| | § | FILED IN |
| | § | 3rd COURT OF APPEALS |
| V. | § | COURT OF APPEALS AUSTIN, TEXAS |
| | § | 9/17/2015 4:44:43 PM |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS JEFFREY D. KYLE Clerk |

## MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Teran Pennick, the Appellant, in the above styled and numbered cause, and files this motion for an extension to September 25, 2015, to file the appellate brief. In support of this motion, appellant shows the following:

I.

The appellant was convicted in the County Court at Law No. 6 of Travis County, Texas, in Cause Number C1CR13200027 styled State of Texas vs. Teran Pennick. The appellant pled not guilty, and had a jury trial. At the conclusion of the trial, appellant was found guilty and sentenced to 1 year in the Travis County Jail, probated for 2 years. A timely notice of appeal was filed in this case. The appellant's brief is due September 17, 2015.

II.

The reason for the extension of the deadline to file the appellant's brief is based on the following:

Appellant's counsel has recently moved and has spent most of the past month travelling from the Dallas area to Austin and its environs and Bryan/College Station to deal with his active cases in those areas. Appellant's counsel requires approximately one more week to complete his brief on this matter.

For these reasons, counsel moves that the deadline for the brief be extended until September 25, 2015.

RESPECTFULLY SUBMITTED,

/s/ David W. Crawford
David W. Crawford
State Bar No. 24031601
Crawford and Cruz PLLC
P.O. Box 686
Austin, Texas 78759
Telephone (512) 795-2000
Telefacsimile (512) 237-7792
Email: dcrawford@crawfordcruz.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to the Attorney for the State presently assigned to this case, via fax.

Date: September 17, 2015

/s/ David W. Crawford
Attorney for Appellant

CAUSE NO. 03-14-00334-CR

| TERAN PENNICK | § | IN THE THIRD |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS |

**ORDER**

On this day of _____, 201___, came to be heard Appellant's Motion for Extension of Time to File Appellant's Brief, and it appears to the court that this motion should be:

_____           GRANTED

_____           DENIED

IT IS THEREFORE ORDERED that the time for filing the appellant's brief in Cause No. 03-14-00334-CR _____ be extended to _____, 201__.

SIGNED and ENTERED this ___ day of _____, 201__.

_____

JUDGE PRESIDING